UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FINE POINT TECHNOLOGIES, INC.,

    Plaintiff,

v.

KT CORPORATION AND KT AMERICA, INC.

    Defendants.



CIVIL ACTION NO. _____

Rule 7.1 Statement 

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Fine Point Technologies, Inc. certifies that it does not have any corporate parents, affiliates and/or subsidiaries which are publicly held.

    Respectfully submitted,
    PAUL, HASTINGS, JANOFSKY & WALKER LLP
    Attorneys for Plaintiff Fine Point Technologies, Inc.

By: _____
Robert L. Sherman
(R.S. 5520)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
Park Avenue Tower
75 E. 55th Street
First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 319-4090

and

Naomi Jane Gray
(N.G. 4959)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Date: July 10, 2007

*Of Counsel:*
Behnam Dayanim
Thomas A. Rust
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

2