# Paul Hastings



Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6037
robertsherman@paulhastings.com

August 24, 2007

58933.00002

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/07

**BY HAND**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Fine Point Technologies, Inc. v. KT Corporation and KT America, Inc.*, 07 Civ. 6472

Dear Judge Berman:

We represent plaintiff Fine Point Technologies, Inc. ("Fine Point") in the above-referenced action. To date, Fine Point has been unable to serve the defendants in this action, which are located in Korea. Moreover, the parties are engaged in settlement negotiations and appear to be close to reaching a settlement.

In view of the foregoing, Fine Point requests a one-month adjournment of the initial pre-trial conference, which is currently scheduled for August 28, 2007 at 9:00 a.m. No previous requests for adjournment have been made.

Respectfully submitted,

*Robert L. Sherman*

Robert L. Sherman
of PAUL, HASTINGS, JANOFSKY & WALKER LLP
RLS/lr

Conference Adjourned until 9/28/07 at 9:15 A.M.

SO ORDERED:
Date: 8/24/07
Richard M. Berman, U.S.D.J.

LEGAL_US_E # 76246724.1