

**Paul**Hastings

Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

RECEIVED SEP 26 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

Atlanta
Beijing
Brussels
Chicago
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Stamford
Tokyo
Washington, DC

(212) 318-6037
robertsherman@paulhastings.com

September 26, 2007

**MEMO ENDORSED**

58883.00002

**BY HAND**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *Fine Point Technologies, Inc. v. KT Corporation and KT America, Inc.*, 07 Civ. 6472

Dear Judge Berman:

We represent plaintiff Fine Point Technologies, Inc. ("Fine Point") in the above-referenced action. The parties have been actively engaged in settlement negotiations and are very close to signing a settlement agreement. As the defendants in this action are located in Korea, to date, Fine Point has been unable to serve the defendants.

In view of the foregoing, Fine Point requests a one-month adjournment of the initial pre-trial conference, which is currently scheduled for September 28, 2007 at 9:15 a.m. The original date of the initial pre-trial conferences was August 28, 2007. One previous request for adjournment has been made and was granted.

Respectfully submitted,

*Robert L. Sherman*

Robert L. Sherman
of PAUL, HASTINGS, JANOFSKY & WALKER LLP
RLS/lr

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2007

Conference Adjourned to 11/1/07 @ 11:00 AM with principals

SO ORDERED
Date: 9/27/07
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

LEGAL_US_E # 76571097.1