PAUL, HASTINGS, JANOFSKY & WALKER LLP
Robert L. Sherman (RS 5520)
Sara J. Crisafulli (SC 6185)
75 East 55th Street
New York, NY 10022
(212) 318-6000

Attorneys for Plaintiff Fine Point
  Technologies, Inc.



RECEIVED OCT 29 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FINE POINT TECHNOLOGIES, INC.,

    Plaintiff,

v.

KT CORPORATION AND KT AMERICA, INC.

    Defendants.

CIVIL ACTION NO. 07 CIV 6472

---

    PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without prejudice or costs.✱

Dated: New York, New York
       October 29, 2007

                        PAUL, HASTINGS, JANOFSKY & WALKER LLP

                        By: /s/ Robert L. Sherman
                        Robert L. Sherman (RS 5520)
                        Sara J. Crisafulli (SC 6185)
Park Avenue Tower
75 E. 55th Street
First Floor
New York, NY 10022
Telephone: (212) 318-6000
Facsimile: (212) 318-6847

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/29/2007

LEGAL_US_E # 76987646.1

and
Naomi Jane Gray (NG 4959)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Plaintiff Fine Point
Technologies, Inc.

*Of Counsel:*

Behnam Dayanim (BD 4467)
Thomas A. Rust (TR 9146)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705

✱ THE CONFERENCE SCHEDULED FOR NOVEMBER 1, 2007 IS VACATED AS IT IS MOOT.

SO ORDERED:

*RMB*

Richard M. Berman, U.S.D.J.
10/29/07

LEGAL_US_E # 76987646.1

-2-