Berman/J

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Robert L. Sherman (RS 5520)
Sara J. Crisafulli (SC 6185)
75 East 55th Street
New York, NY 10022
(212) 318-6000

Attorneys for Plaintiff Fine Point
 Technologies, Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FINE POINT TECHNOLOGIES, INC.,

    Plaintiff,

v.

KT CORPORATION AND KT AMERICA, INC.

    Defendants.

CIVIL ACTION NO. 07 CIV 6472 (RMB)

**SUPPLEMENTAL
NOTICE OF DISMISSAL**

---

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice.

Dated: New York, New York
      November 15, 2007

           PAUL, HASTINGS, JANOFSKY & WALKER LLP

           By: _/s/ Robert L. Sherman_____
                Robert L. Sherman (RS 5520)
                Sara J. Crisafulli (SC 6185)
           Park Avenue Tower
           75 E. 55th Street
           First Floor
           New York, NY 10022
           Telephone: (212) 318-6000
           Facsimile: (212) 318-6847

and
Naomi Jane Gray (NG 4959)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street
Twenty-Fourth Floor
San Francisco, CA 94105-3441
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

Attorneys for Plaintiff Fine Point
Technologies, Inc.

*Of Counsel:*

Behnam Dayanim (BD 4467)
Thomas A. Rust (TR 9146)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
875 15th St, N.W.
Washington, D.C. 20005
Telephone: (202) 551-1700
Facsimile: (202) 551-1705


SO ORDERED:

_____
Richard M. Berman, U.S.D.J.
11/16/07